**DORSEY**™
always ahead

NATHANIEL H. AKERMAN
Partner
(212) 415-9217
FAX (646) 417-7119
akerman.nick@dorsey.com

May 4, 2017

**VIA ECF**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  *U.S. v. Dan Zhong and Landong Wang,* 16-cr-614 (DLI)

Dear Chief Judge Irizarry:

Pursuant to Your Honor's Individual Rules, we hereby request a pre-motion conference to file a motion to withdraw from the representation of Dan Zhong in the above-captioned case.  This request is also made on behalf of Thomas Fitzpatrick.

On April 28, 2017, attorneys from Proskauer Rose LLP filed notices of appearance to represent Mr. Zhong.  Proskauer Rose will be substituting for Dorsey & Whitney and Thomas Fitzpatrick.

The only dates I am unavailable for a conference are May 5th and 8th.  I will be in California on both dates.  Mr. Fitzpatrick is unavailable on May 9th.

                        Respectfully submitted,

                        Nathaniel H. Akerman