

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:NJM
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2017

<u>By FedEx and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

    Re: <u>United States v. Dan Zhong and Landong Wang</u>
       <u>Criminal Docket No. 16-614 (DLI)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter, some of which has been designated "Sensitive Discovery Material" under the terms of the Protective Order dated February 22, 2017 (Dkt. No. 37) (the "February 22 Order"). This disclosure supplements the government's earlier disclosures under cover of letters dated February 15, May 22, May 24, June 12, July 12, July 24, August 30, October 24, and December 1, 2017. The government renews its request for reciprocal discovery from the defendant.

    Enclosed are the following:

- Documents obtained from the Metropolitan Detention Center ("MDC"). (DZ063069-DZ063128);

- Recordings of calls placed by the defendant from the MDC from approximately November 15, 2016, through approximately November 29, 2017. (DZ063129-DZ063136);

- Recordings of calls placed under the accounts of other inmates at the MDC, which have been designated "Sensitive Discovery Material" under the February 22 Order. (DZ063137-DZ063143); and

- Recordings of the voicemails identified in the document previously produced with Bates number DZ061196, which have been designated "Sensitive Discovery Material" under the February 22 Order. (DZ063144-DZ063149).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ Nicholas J. Moscow
Alexander A. Solomon
Douglas M. Pravda
Ian C. Richardson
Nicholas J. Moscow
Assistant U.S. Attorneys
(718) 254-7000

Enclosures   (DZ063069-DZ063149)

cc:   Clerk of the Court (DLI) (by ECF) (without enclosures)