

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/CRH
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 25, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

        Re:    <u>United States v. Dan Zhong</u>
               <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

        The government is producing the following materials:

- Pursuant to Rule 16, the government is producing photographs of Bank of China facilities located in Manhattan. (DZ069872-DZ069887).

- Pursuant to Rule 16, the government is producing United States Department of State visa records that have been designated "Sensitive Discovery Material" under the terms of the Protective Order dated February 22, 2017 (Dkt. No. 37). This production includes a re-production of more complete versions of visa records previously produced on January 24, 2019. (DZ069888-DZ069930).

The government renews its request for reciprocal discovery from the defendant.

                              Very truly yours,

                              RICHARD P. DONOGHUE
                              United States Attorney

By:    /s/ Ian C. Richardson
        Alexander A. Solomon
        Ian C. Richardson
        Craig R. Heeren
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures    (DZ069872-DZ069930)

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)