

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ICR/CRH | *271 Cadman Plaza East* |
| F. #2015R01787 | *Brooklyn, New York 11201* |

January 25, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
William C. Komaroff, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

   Re: United States v. Dan Zhong
     <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

  Pursuant to Title 18, United States Code, Section 3500, the government hereby furnishes the enclosed material with respect to the upcoming trial in the above-referenced case. If you have any questions or concerns, please feel free to contact us.

         Very truly yours,

         RICHARD P. DONOGHUE
         United States Attorney

     By: /s/ Craig R. Heeren
        Alexander A. Solomon
        Ian C. Richardson
        Craig R. Heeren
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of the Court (AMD) (by ECF)