

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:ICR
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 18, 2019

By Email and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

      Re:    United States v. Dan Zhong
                Criminal Docket No. 16-614 (AMD)

Dear Counsel:

      Enclosed are the following materials:

- The government is producing eight photographs and an eighteen second video taken at the Waldorf Astoria Hotel in Manhattan on April 19, 2016. (DZ069957-DZ069965).

The government renews its request for reciprocal discovery from the defendant.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Ian C. Richardson
        Alexander A. Solomon
        Ian C. Richardson
        Craig R. Heeren
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures    (DZ069957-DZ069965)

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)