

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:ICR  *271 Cadman Plaza East*
F. #2015R01787  *Brooklyn, New York 11201*

February 19, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

      Re:    <u>United States v. Dan Zhong</u>
               <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

      Enclosed are the following materials:

- The government is re-producing higher quality scanned copies of Chinese language source documents originally produced on September 7, 2018, under Bates numbers DZ067156-DZ067188, together with English language translations of those materials previously produced on September 7, under Bates numbers DZ067189-DZ067224.  Also included in this production are an additional scanned copy of a one-page Chinese language source document and a one page document containing three photographs. (DZ069966-DZ070032).

- The government is producing an English-language translation of one Chinese-language email that was inadvertently omitted when the government produced a translation of the attachments to the email.  The translation Bates-stamped TR001247A reflects a translation of single-page Chinese-language source email previously produced to the defendant under Bates number ESI00041358.

The government renews its request for reciprocal discovery from the defendant.

                                        Very truly yours,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                          By:    /s/ Ian C. Richardson
                                        Alexander A. Solomon
                                        Ian C. Richardson
                                        Craig R. Heeren
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

Enclosures    (DZ069966-DZ070032)
                (TR001247A)

cc:     Clerk of the Court (AMD) (by ECF) (without enclosures)