FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 21, 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

v.

DAN ZHONG and LANDONG WANG,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 16-CR-614 (AMD)

[PROPOSED] ORDER FOR ACCEPTANCE OF TRIAL CLOTHING

Upon the letter application of Robert J. Cleary, Esq., the attorney for the above named defendant, it is hereby

**ORDERED**, that the Bureau of Prisons (Metropolitan Detention Center-MDC) accept the following clothing for Dan Zhong, inmate number 81258-053, in advance of his trial scheduled to begin on **Monday, March 4, 2019**.

1. One suit jacket;
2. Two pairs of pants;
3. Three white dress shirts;
4. Two ties;
5. Two pairs of dress socks;
6. One belt; and
7. One pair of dress shoes.

It is further **ORDERED**, that the MDC permit Mr. Zhong to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Zhong to Court wearing such clothing on **March 4, 2019**, and any date thereafter until his trial is concluded.

Dated: New York, New York
       February 21, 2019

SO ORDERED.
s/Ann M. Donnelly
_____
Hon. Ann M. Donnelly
United States District Judge