Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States of America v.

Dan Zhong

Docket No.: 16-cr-614

Ann M. Donnelly
(District Court Judge)

Notice is hereby given that Dan Zhong appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on December 10, 2019 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ] .

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: November 25, 2019 N/A [ ]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 500 Fifth Avenue, 40th Fl., New York, NY 10110 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Alexander A. Soloman |
| AUSA's Address: | US Attorney's Office, E.D.N.Y. |
| | 271 Cadman Plaza East, Brooklyn, New York 11201 |
| AUSA's Phone: | (718) 254-6074 |

Signature